ANTHONY GETTINS and JOHN GETTINS, Appellants, Respondents, v. CATHERINE BOYLE, Individually and as Executrix, etc., and MARY ANN MALCOLM, Respondents, Appellants.— Upon reargument the judgment is

modified as previously stated (See 184 App. Div. 499; 185 id. 933), and as so mod'fied affirmed, with costs to the plaintiffs appellants, payable out of the estate of Mary F. McCleary. This decision is without prejudice to any application the defendants may make or action they may bring for the purpose of having the question of an election presented to and determined by a court of equity. Jenks, P. J., Thomas, Putnam, Blackmar and Jaycox, JJ., concurred.